[No. 50439-8-I. Division One. July 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE HOPKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05710-0, Joan E. DuBuque, J., entered April 5, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 50471-1-I. Division One. July 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TEJINDER BARHAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-00086-6, Jay V. White, J., entered May 10, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50498-3-I. Division One. July 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO JAKO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07909-0, Palmer Robinson, J., entered April 19, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50609-9-I. Division One. July 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY HENRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-09951-1, Palmer Robinson, J., entered June 7, 2002. *Affirmed* by unpublished per curiam opinion.